MAY 22 2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-80619-WPD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dave Green

was received by me on *(date)* _____

☑ I personally served the summons on the individual at *(place)* 1487 Palmetto Pk Rd. W. Boca Raton, Fl. on *(date)* 5-17-17 9:55A ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-19-17

_____
Server's signature

Denise Sucato cps #574
Printed name and title

4101 Ravenswood Rd #312
Fort Lauderdale, Fl.
33312

Server's address

Additional information regarding attempted service, etc: