IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-80619-WPD

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

STRATEGIC STUDENT SOLUTIONS LLC, a limited liability company, STRATEGIC CREDIT SOLUTIONS LLC, a limited liability company, STRATEGIC DEBT SOLUTIONS LLC, a limited liability company, STRATEGIC DOC PREP SOLUTIONS LLC, a limited liability company, STUDENT RELIEF CENTER LLC, a limited liability company, CREDIT RELIEF CENTER LLC, a limited liability company, and,

DAVE GREEN, individually and as an officer of STRATEGIC STUDENT SOLUTIONS LLC, STRATEGIC CREDIT SOLUTIONS LLC, STRATEGIC DEBT SOLUTIONS LLC, STRATEGIC DOC PREP SOLUTIONS LLC, STUDENT RELIEF CENTER LLC, and CREDIT RELIEF CENTER LLC,

        Defendants, and

DG INVESTMENT PROPERTIES LLC,

        Relief Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

        The law firm of Greenspoon Marder, P.A. and Attorneys Richard W. Epstein and Jeffrey A. Backman (collectively, "Greenspoon"), move to withdraw as counsel of record for Defendants

*Motion to Withdraw as Counsel*
*Case No. 17-CV-80619-WPD*
*Page 2*

Strategic Student Solutions, LLC, Strategic Credit Solutions, LLC, Strategic Debt Solutions, LLC, Strategic Doc Prep Solutions, LLC, Student Relief Center, LLC, Credit Relief Center, LLC and Dave Green, and Relief Defendant DG Investment Properties LLC (collectively "Defendants"), and as grounds therefore state:

1. Irreconcilable differences have arisen between Defendants and Greenspoon that make it impossible for Greenspoon to continue to represent Defendants' interests in this matter.

2. Greenspoon, on behalf of Defendants, requests that the Court:

    (A) Grant Defendants thirty (30) days to retain new counsel; and

    (B) Stay these proceedings during the thirty (30) day period.

3. Greenspoon also requests that all further pleadings and correspondence be forwarded to Mr. Dave Green at the following address: 8142 Banpo Bridge Way, Delray Beach, FL 33446.

4. Greenspoon certifies that this motion is not filed for purposes of delay.

WHEREFORE, the law firm of Greenspoon Marder, P.A. and Attorneys Richard W. Epstein and Jeffrey A. Backman, request that this Court enter an Order allowing them to withdraw as counsel for Defendants, granting Defendants thirty (30) days to retain new counsel, and staying the proceedings during the thirty (30) day period.

Dated: June 27, 2017  GREENSPOON MARDER, P.A.

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN
Florida Bar No. 229091
richard.epstein@gmlaw.com

*Motion to Withdraw as Counsel*
*Case No. 17-CV-80619-WPD*
*Page 3*

JEFFREY A. BACKMAN
Florida Bar No. 662501
jeffrey.backman@gmlaw.com
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120; Fax: (954) 213-0140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service on this 27th day of June, 2017 which will provide copies to all counsel of record.

                                                                /s/*Jeffrey A. Backman*
                                                                Jeffrey A. Backman