UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-80619-WPD

FILED BY ____ D.C.

JUN 28 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

STRATEGIC STUDENT SOLUTIONS LLC, a limited liability company, STRATEGIC CREDIT SOLUTIONS LLC, a limited liability company, STRATEGIC DEBT SOLUTIONS LLC, a limited liability company, STRATEGIC DOC PREP SOLUTIONS LLC, a limited liability company, STUDENT RELIEF CENTER LLC, a limited liability company, CREDIT RELIEF CENTER LLC, a limited liability company, and

DAVE GREEN, individually and as an officer of STRATEGIC STUDENT SOLUTIONS LLC, STRATEGIC CREDIT SOLUTIONS LLC, STRATEGIC DEBT SOLUTIONS LLC, STRATEGIC DOC PREP SOLUTIONS LLC, STUDENT RELIEF CENTER LLC, and CREDIT RELIEF CENTER LLC,

Defendants, and

DG INVESTMENT PROPERTIES LLC,

Relief Defendant.

## **Defendant hereby responds to motion to withdraw.**

Defendants object to the motion to withdraw

The statement irreconcilable differences relates to the fact that the defendant and companies do not have the financial resources to satisfy counsel at this time due to asset freeze. I have reach out to family members and friends to offer more financial support but it has not been forthcoming at this point. To

clarify the irreconcilable difference is totally related to finances, monies due to my counsel. My family members were able to pay the initial deposit of $25k but we are having a tough time raising the rest based on counsel's request, thus the reason counsel wants to withdraw. I would ask that your honor have counsel see me through this process and remain counsel until such time I am able to pay counsel their reasonable fees.

I have not been able to get the receiver to give me any financial allowances for myself and family of eight which includes my six kids.

I would further ask that your honor order the receivers or whomever overseas the funds that is currently under the receiver ship to give me and my family some financial aid while we go through this process, it's been more than a months and still they have offered nothing for basic living expenses to this point.

Dave Green

Dated: June 28, 2017

CC

GREENSPOON MARDER, P.A.

/s/ Jeffrey A. Backman    RICHARD W. EPSTEIN  Florida Bar No. 229091 richard.epstein@gmlaw.com

JEFFREY A. BACKMAN  Florida Bar No. 662501 jeffrey.backman@gmlaw.com  Greenspoon Marder, P.A. 200 East Broward Blvd., Suite 1800 Fort Lauderdale, FL  33301 Tel:  (954) 491-1120; Fax: (954) 213-0140