# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-CV-80619-WPD

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

STRATEGIC STUDENT SOLUTIONS LLC, a limited liability company, et al.,

    Defendants.

**PLAINTIFF FEDERAL TRADE COMMISSION'S NON-OPPOSITION TO THE RECEIVER'S FIRST STATUS REPORT TO COURT AND FIRST APPLICATION FOR RECEIVER'S FEES AND ATTORNEYS FEES THROUGH JULY 21, 2017**

Plaintiff, the Federal Trade Commission ("FTC"), through its undersigned counsel, respectfully submits this statement of non-opposition to the Receiver's First Status Report to Court and First Application for Receiver's Fees and Attorneys Fees through July 21, 2017 ("Receiver's First Report and Application").

On July 25, 2017, the Receiver filed the Receiver's First Report and Application. (ECF No. 66). The FTC has no objection to the Receiver's request for approval of fees and expenses.

Respectfully submitted,

Dated:  August 7, 2017  /s/*Miya Tandon*_____
MIYA TANDON
(Florida Special Bar No. A5502005)
ADAM M. WESOLOWSKI
(Florida Special Bar No. A5502173)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
(202) 326-2351 (Tandon)
(202) 326-3068 (Wesolowski)
mtandon@ftc.gov
awesolowski@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record via ECF on August 7, 2017.

                      */s/ Miya Tandon*
                      Miya Tandon