UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-CV-80619-WPD**

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

STRATEGIC STUDENT SOLUTIONS LLC, a limited liability company, STRATEGIC CREDIT SOLUTIONS LLC, a limited liability company, STRATEGIC DEBT SOLUTIONS LLC, a limited liability company, STRATEGIC DOC PREP SOLUTIONS LLC, a limited liability company, STUDENT RELIEF CENTER LLC, a limited liability company, CREDIT RELIEF CENTER LLC, a limited liability company, and

DAVE GREEN, individually and as an officer of STRATEGIC STUDENT SOLUTIONS LLC, STRATEGIC CREDIT SOLUTIONS LLC, STRATEGIC DEBT SOLUTIONS LLC, STRATEGIC DOC PREP SOLUTIONS LLC, STUDENT RELIEF CENTER LLC, and CREDIT RELIEF CENTER LLC,

    Defendants, and

DG INVESTMENT PROPERTIES LLC,

    Relief Defendant.

## ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** the Receiver's Expedited Motion to Sell Assets Free and Clear of All Liens, Claims and Encumbrances [DE 77], and the Renewed Motion to

1

Withdraw as Counsel and Motion for Payment from Receivership Estate [DE 79] to United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Lurana S. Snow