IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-80619-WPD

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

STRATEGIC STUDENT SOLUTIONS LLC, a
limited liability company, et al.,

        Defendants,

DG INVESTMENT PROPERTIES LLC,

        Relief Defendant.

_____/

## ORDER ON GREENSPOON'S RENEWED MOTION TO WITHDRAW

THIS CAUSE having come before the Court on GREENSPOON MARDER, P.A.'s Renewed Motion to Withdraw as Counsel for Defendants Strategic Student Solutions, LLC, Strategic Credit Solutions, LLC, Strategic Debt Solutions, LLC, Strategic Doc Prep Solutions, LLC, Student Relief Center, LLC, Credit Relief Center, LLC and Dave Green, and Relief Defendant DG Investment Properties LLC (collectively "Defendants") and its Motion for Payment from Receivership Estate (the "Motion") (ECF No. 79); the Stipulation on Greenspoon's Renewed Motion to Withdraw as Counsel and Motion for Payment from Receivership Estate, whereby Greenspoon withdrew the branch of its Motion seeking payment of attorneys' fees from the Receivership Estate and the FTC and the Receiver withdrew their objections and opposition to the remainder of the Motion (ECF No. 87); and the Court having reviewed the Motion, having reviewed the record, and being otherwise duly advised in the premises, it is hereby:

ORDERED and ADJUDGED:

1. GREENSPOON MARDER, P.A.'s Motion (ECF No. 79) is **GRANTED** as to withdrawal as counsel and **DENIED** as to an award of attorneys' fees from the Receivership Estate as moot given the withdrawal of that branch of the Motion.

2. GREENSPOON MARDER, P.A., Richard W. Epstein, and Jeffrey A. Backman are relieved of any further obligations in its representation of Defendants Strategic Student Solutions, LLC, Strategic Credit Solutions, LLC, Strategic Debt Solutions, LLC, Strategic Doc Prep Solutions, LLC, Student Relief Center, LLC, Credit Relief Center, LLC and Dave Green, and Relief Defendant DG Investment Properties in this matter.

3. Defendant, Dave Green, individually, may represent himself and receive notices of electronic filings, however, he must file the attached Consent by Pro Se Litigant.

4. The remainder of the Defendants shall have thirty (30) days to retain new counsel and the proceedings shall be stayed during the thirty (30) day period, although no deadlines set by the Court shall be extended by this Order.

DONE AND ORDERED in Chambers at Broward County, Fort Lauderdale, Florida, this 5th day of October, 2017.

                                                  LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record

Mr. Dave Green (Sent via U.S. Mail)
8142 Banpo Bridge Way
Delray Beach, FL 33446

# ADDENDUM to Case Management Electronic Case Filing (CM/ECF) Administrative Procedures
# April 18, 2017

### Section 2C – Pro Se Litigants

Pro se litigants will not be permitted to register as Users at this time. Pro se litigants must file their documents in the conventional manner. Pro se litigants may access the electronic record at the public counter in the Clerk's Office in all divisions or through PACER. Pro se litigants will be served and noticed by U.S. mail or in person (or, if agreed, by facsimile or e-mail), unless there is consent to receive notices electronically as indicated below.

Pro se litigants (non-prisoner) interested in receiving notices electronically must file the form "Consent by Pro Se Litigants (Non-Prisoner) to Receive Notice of Electronic Filing" (link) which can be found on the Court's website (www.flsd.uscourt.gov). After filing the consent, pro se litigants will receive case orders, notices and other documents filed via email. Paper copies of filings will no longer be sent by the Court or opposing counsel in that particular case.

Note: Pro se litigants who consent to receiving notices electronically are responsible for maintaining a current email address with the Court (See Section 3D).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. _____

_____, Plaintiff

vs.

_____, Defendant

### CONSENT BY PRO SE LITIGANT (NON-PRISONER) TO RECEIVE NOTICES OF ELECTRONIC FILING

I, _____, am a pro se litigant (non-prisoner) and consent to receive notices electronically in the above case. In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that **I am responsible for maintaining a current email address with the Court.** I hereby certify that:

☐ I have provided and will maintain a current email address and mailing address with the Court. I will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if my email or mailing address changes while the above case is pending. (The Notice of Change of Address Form can be found under the Pro Se Section of the Court's website@ www.flsd.uscourts.gov.)

☐ I am responsible for maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from cmecfautosender@flsd.uscourts.gov.

☐ I am responsible for managing my email account and am responsible for others who many have access to my email account.

☐ I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records). **I understand I will not receive any notices via email until I have a PACER account.** (To register for an account or for additional information see the Pro Se Section on the Court's website at www.flsd.uscourts.gov or go to www.pacer.gov.)

☐ I understand that when documents are entered in CM/ECF, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

☐ I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees. (Note: Most PACER users do not accrue enough charges to actually pay any fees).

☐ I understand and will comply with the following computer hardware and software requirements necessary to receive electronic notices via the CM/ECF system: Windows or Macintosh operation system; Javascript enabled browser; and Internet Explorer or Firefox browser supported by CM/ECF (See Pro Se Section on Court's website at www.flsd.uscourts.gov for browser information). I also understand that high speed internet access is strongly recommended over dial-up internet service, which will reduce the amount of time to download lengthy documents.

I further understand that receiving of Notices of Electronic Filings (NEF) is a privilege, not a right, and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

Wherefore, the undersigned hereby agrees to the above conditions and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while the above case is pending.

Date: _____

_____
Signature of Pro se Litigant (Non-Prisoner)

Email Address: _____
Street Address: _____
City, State, Zip Code: _____
Telephone No: _____