UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80619-CIV-DIMITROULEAS/Snow

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

STRATEGIC STUDENT SOLUTIONS, LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE is before the Court on the Receiver's Expedited Motion to Sell Assets Free and Clear of all Liens, Claims and Encumbrances (ECF No. 77) which was referred to Lurana S. Snow, United States Magistrate Judge. The Corporate Defendants did not file a timely response to the motion and on October 30, 2017, the undersigned entered an order requiring them to show cause why the Receiver's motion should not be granted by default. (ECF No. 89) As of this date, the Corporate Defendants have not filed a response to the Court's Order and the time for doing so has passed. Being fully advised, it is hereby

    ORDERED AND ADJUDGED that the Receiver's Expedited Motion to Sell Assets Free and Clear of all Liens, Claims and Encumbrances (ECF No. 77) is GRANTED by default.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of November, 2017.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties