UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-80619-WPD

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

STRATEGIC STUDENT SOLUTIONS LLC, a limited liability company, et al.,

    Defendants, and

DG INVESTMENT PROPERTIES LLC,

    Relief Defendant.

**PLAINTIFF FEDERAL TRADE COMMISSION'S NON-OPPOSITION TO THE RECEIVER'S SECOND STATUS REPORT TO COURT AND SECOND APPLICATION FOR RECEIVER'S FEES AND ATTORNEYS FEES THROUGH NOVEMBER, 22 2017**

1

Plaintiff, the Federal Trade Commission ("FTC"), through its undersigned counsel, respectfully submits this statement of non-opposition to the Receiver's Second Status Report to Court and Second Application for Receiver's Fees and Attorney's Fees through November 22, 2017 ("Receiver's Second Report and Application").

On November 27, 2017, the Receiver filed the Receiver's Second Report and Application. (ECF No. 91). The FTC has no objection to the Receiver's second request for approval of fees and expenses.

Respectfully submitted,

Dated:  December 7, 2017         /s/*Miya Tandon*_____
MIYA TANDON
(Florida Special Bar No. A5502005)
ADAM M. WESOLOWSKI
(Florida Special Bar No. A5502173)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
(202) 326-2351 (Tandon)
(202) 326-3068 (Wesolowski)
mtandon@ftc.gov
awesolowski@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record and via ECF and on the individual defendant via e-mail and Fed Ex to his home address on December 7, 2017.

*/s/ Miya Tandon*
Miya Tandon