United States District Court Southern district of Florida

Case No. 17-CV-80619-WPD

FEDERAL TRADE COMMISSION,

 Plaintiff

V.

STRATEGIC STUDENT SOLUTIONS LLC, a

Limited liability company, et al,

Defendants.



FILED BY _____ D.C.

JAN 0 3 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Regarding the FTC motion to compel

The court should deny the motion to compel due to the request being impossible and overbearing

The FTC through its receivers froze all my assets liquid funds. They have denied any funds to pay basic living expenses.

The request to preserve information and devices in a foreign country without the financial resources to do so is unconscionable they are asking me to do things they know is impossible.

I did respond to my former attorneys regarding the interrogatories stating same.

The operation I had in Jamaica I kept a float with the cash flow from the businesses and funds that was taken by the FTC and its receivers, as a result the business has been permanently closed.

Being unable to fund the business in Jamaica has caused its collapse following the action and the TRO brought against me by the FTC. This is already known by the FTC as they have all my finances and knew my cash situation quiet well prior to bringing this action. The moment the funds were cease it was impossible to pay any expenses including salaries thus all the businesses immediately perished.

The former employees, I am sure they have all moved on, I have no access to any recordings, to the best of my knowledge they were all ceased by the FTC and its receivers.

All computers and other assets are no longer in my possession.

Once again, I have already stated same.

1/2/18
Dave Green