UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **STRATEGIC STUDENT SOLUTIONS LLC**, *et al.*, ) <br> ) <br> Defendants, and ) <br> ) <br> **DG INVESTMENT PROPERTIES LLC**, ) <br> ) <br> Relief Defendant. ) | No. 17-CV-80619-WPD/Snow |

## MOTION FOR A STAY OF BRIEFING AND DEADLINES
## IN LIGHT OF UNITED STATES GOVERNMENT CESSATION

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of all briefing and deadlines in this case. In support of this motion, counsel for the FTC states as follows:

1. At the end of the day on January 19, 2018, appropriations for the FTC expired. The Commission does not know when funding will be restored by Congress.

2. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the FTC therefore requests a stay until Congress has restored appropriations to the FTC.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.     If the stay is granted, the preliminary injunction should remain in full force and effect throughout the stay.

6.     FTC counsel has conferred with Defendant Green and the Receiver, and they have no objections to this motion requesting a stay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay of briefing in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

s/ *Miya Tandon*

Attorney
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(202) 326-2351

Dated: January 22, 2018