# EXHIBIT A

*Federal Trade Commission v. Strategic Student Solutions LLC, et al.*
Case No. 17-CV-80619

# FILED UNDER SEAL BY SEPARATE FILING